IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RUPERT WARD,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 10-0295-CG-C |
| **WAYNE GRAY,** | : |
| **Defendant.** | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed with prejudice.

**DONE and ORDERED** this 6th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE