IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RUPERT WARD,** | : |
| Plaintiff, | : |
| vs. | :  **CIVIL ACTION 10-0295-CG-C** |
| **WAYNE GRAY,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 6th day of March, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE